**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE AHERN RENTALS, INC. "TRADE SECRET" LITIGATION | MDL-_____ |
| | **DECLARATION OF MICHAEL E. BREWER IN SUPPORT OF DEFENDANT EQUIPMENTSHARE.COM INC'S MOTION FOR TRANSFER OF RELATED ACTIONS TO THE DISTRICT OF NEVADA PURSUANT TO 28 U.S.C. SECTION 1407** |

I, Michael E. Brewer, hereby declare:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California.  I am Partner with the law firm of Baker & McKenzie LLP, counsel of record for Defendant EquipmentShare.com Inc. ("EquipmentShare") in the above captioned matter.  I submit this declaration in support of EquipmentShare's Motion For Transfer Of Related Actions To The District Of Nevada Pursuant To 28 U.S.C. Section 1407.  I have personal knowledge of the facts set forth herein, or have knowledge based on my review of records kept in my firm's ordinary course of business, and if called as a witness, could competently testify thereto.

2.      Ahern Rentals, Inc. ("Ahern") filed the action entitled "*Ahern Rentals, Inc. v. EquipmentShare.com, Inc., Daniel Martinez, and Jane Doe Martinez*" on March 31, 2020.

3.      Ahern filed the action entitled "*Ahern Rentals, Inc. v. EquipmentShare.com, Inc., Matthew Allen, and Derrick Torres*" (the "*Allen*" action) on September 9, 2019.

4.      In the *Allen* action, Ahern served EquipmentShare with 52 requests for production, 20 interrogatories, and 16 requests for admission and has served deposition notices for Matthew Allen, Derrick Torres, Dave Nichols, and Jeff Tucker.  Attached as **Exhibit A** are true and correct excerpts of discovery served by Ahern in the *Allen* action.

5.      Ahern filed the action entitled "*Ahern Rentals, Inc. v. EquipmentShare.com, Inc. and Glen Maestretti*" on April 3, 2020.

6.      Ahern filed the action entitled "*Ahern Rentals, Inc. v. EquipmentShare.com, Inc. and ROE Business Entities*" (the "*RICO*" action) on December 13, 2019 and filed its first amended complaint on February 26, 2020.

7.      In the *RICO* action, Ahern has served EquipmentShare with 63 requests for production and 22 interrogatories.  Attached as **Exhibit B** are true and correct excerpts of discovery served by Ahern in the *RICO* action.

8.     Ahern has not yet served any deposition notices in the *RICO* action, but has served initial disclosures that identified 81 individuals who Ahern claims are likely to have relevant knowledge and as potential witnesses.  That list includes individuals already subject to deposition notices in other Actions such as Jabbok and William Schlacks, Dale Lawrence, Seth Taylor, Mathew Allen, Derrick Torres, Michelle McCormac, William Meadows, Danny Martinez, Jessie Wade, Keith Wade, Travis Mendenhall, Dave Nichols, Adam Donato, Jeff Tucker, and Eric Tucker, as well as individuals identified in complaints in the other Actions.

9.      Ahern filed the action entitled "*Ahern Rentals, Inc. v. Keith Wade, Jessie Wade, and EquipmentShare.com, Inc.*" (the "*Wade*" action) on December 20, 2019.

10.     In the *Wade* action, Ahern has served EquipmentShare with 13 requests for production and seven interrogatories and has served deposition notices for Keith Wade, Jessie Wade, Jabbok Schlacks (EquipmentShare's CEO), and William Schlacks (EquipmentShare's President).

11.     Ahern filed the action entitled "*Ahern Rentals, Inc. v. Adam Donato and EquipmentShare.com, Inc.*" on April 14, 2020.

12.     Ahern filed the action entitled "*Ahern Rentals, Inc. v. William J. Meadows and EquipmentShare.com, Inc.*" (the "*Meadows*" action) on August 30, 2019.

13.     In the *Meadows* action, Ahern has served EquipmentShare with 25 requests for production, 25 interrogatories, and 14 requests for admission and has also served notices for the deposition of William Meadows, Matt Hicks, Adam Donato, Jason Stephenson, Terry Craven, Jabbok Schlacks (EquipmentShare's CEO), William Schlacks (EquipmentShare's President), and Robbie Gibson.  Attached as **Exhibit C** are true and correct excerpts of discovery served by Ahern in the *Meadows* action.

14.     Ahern filed the action entitled "*Ahern Rentals, Inc. v. EquipmentShare.com, Inc., Seth Taylor, and Dale Lawrence*" on February 19, 2020.

15.      Ahern filed the action entitled "*Ahern Rentals, Inc. v. Michelle McCormac and EquipmentShare.com, Inc.*" (the "*McCormac*" action) on October 11, 2019, and filed an amended complaint on December 16, 2019.

16.      In the *McCormac* action, Ahern has served EquipmentShare with five requests for production, four interrogatories, and four requests for admission. Ahern has also served a deposition notice for Michelle McCormac. Attached as **Exhibit D** are true and correct excerpts of discovery served by Ahern in the *McCormac* action.

17.      Ahern filed the action entitled "*Ahern Rentals, Inc. v. Travis Mendenhall and EquipmentShare.com, Inc.*" (the "*Mendenhall*" action) on March 30, 2020.

18.      Although discovery has not yet commenced in the *Mendenhall* action, Ahern has already served EquipmentShare with 18 requests for production and 14 interrogatories.

19.      Ahern, represented by the same plaintiffs' lawyers who represent Ahern in *Maestretti*, also filed an additional complaint against EquipmentShare in the District of Colorado on April 9, 2020 (*Ahern Rentals, Inc. v. EquipmentShare.com Inc., et al.*, District of Colorado, Case No. 20cv01011), but Ahern voluntarily dismissed it the next day.

20.      Ahern has also filed two cases against EquipmentShare in California state court, a case against EquipmentShare in Texas state court, a case against EquipmentShare in Arizona state court, and a case against EquipmentShare in Nevada state court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Walnut Creek, California, on this 6th day of May 2020.

*/s/ Michael E. Brewer*

Michael E. Brewer

# Exhibit A

1 | MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Banks, Bar No. 218779
2 | christopher.banks@morganlewis.com
Jason P. Brown, Bar No. 266472
3 | Jason.brown@morganlewis.com
One Market, Spear Street Tower
4 | San Francisco, CA 94105-1596
Tel:    +1.415.442.1000
5 | Fax:   +1.415.442.1001

6 | Attorneys for Plaintiff
AHERN RENTALS, INC.
7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | AHERN RENTALS, INC., a Nevada Corporation,

Case No. 2:19-CV-01788-MCE-KJN

12 | Plaintiff,

**PLAINTIFF AHERN RENTALS, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE TO DEFENDANT, EQUIPMENTSHARE.COM, INC.**

13 | vs.

14 | EQUIPMENTSHARE.COM, INC., a Delaware

15 | corporation, MATTHEW ALLEN, an individual; DERRICK TORRES, an individual,

16 | and DOES 1-100,

17 | Defendant.

18

19 | Pursuant to Federal Rules of Civil Procedure 26 and 34 and Civil Local Rule 34,

20 | EQUIPMENTSHARE.COM, INC., ("ES") shall, within thirty (30) days, produce copies of the

21 | following documents at the offices of MORGAN, LEWIS & BOCKIUS LLP, One Market, Spear

22 | Street Tower, San Francisco, CA 94105-1596.

23 | **DEFINITIONS**

24 | 1.    The terms "YOU" or "YOUR" mean EQUIPMENTSHARE.COM, INC.,

25 | including its present and former members, officers, agents, employees, and all other persons

26 | acting or purporting to act on its behalf, including all present or former members, officers, agents,

27 | employees, and all other persons exercising or purporting to exercise discretion, make policy,

28 | and/or make decisions.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 38084837.1

AHERN'S REQUEST FOR PRODUCTION
OF DOCUMENTS, SET ONE
CASE NO. 2:19-CV-01788-MCE-KJN

**REQUEST FOR PRODUCTION NO. 7:**

All DOCUMENTS that pertain to YOUR policies and procedures with respect to the treatment of confidential, proprietary, or trade secret information that may be in the possession of incoming/onboarding employees and that you have utilized at any time from September 2016 up and until the present.

**REQUEST FOR PRODUCTION NO. 8:**

All DOCUMENTS that pertain to any communications by and among any employees at ES relating to recruitment of employees from Ahern.

**REQUEST FOR PRODUCTION NO. 9:**

All DOCUMENTS that pertain to any communications by and among any employees at ES relating to recruitment of employees from competitors in the equipment rental industry other than Ahern, including but not limited to United Rentals, Sunbelt Rentals, Herc Rentals, or others.

**REQUEST FOR PRODUCTION NO. 10:**

All DOCUMENTS that pertain to YOUR recruiting strategy and activities for staffing YOUR locations in California.

**REQUEST FOR PRODUCTION NO. 11:**

All DOCUMENTS that pertain to YOUR advertising for YOUR location in Sacramento, California, including but not limited to advertising for employees to join ES in Sacramento, California.

**REQUEST FOR PRODUCTION NO. 12:**

All DOCUMENTS sent to or from Torres that in any way reference Ahern and reside on your servers or are in your possession custody or control, including, but not limited to e-mail communications.

**REQUEST FOR PRODUCTION NO. 13:**

All DOCUMENTS sent to or from Allen that in any way reference Ahern and reside on your servers or are in your possession custody or control, including, but not limited to e-mail communications.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 38084837.1

3

AHERN'S REQUEST FOR PRODUCTION
OF DOCUMENTS, SET ONE
CASE NO. 2:19-CV-01788-MCE-KJN

1  **REQUEST FOR PRODUCTION NO. 22:**

2      All DOCUMENTS that pertain to price sheets that you have utilized in any sales pitch or

3  other COMMUNICATIONS to a prospective client that at the time was a current Ahern client.

4  **REQUEST FOR PRODUCTION NO. 23:**

5      All COMMUNICATIONS that pertain to any sales pitch or solicitation directed to any

6  current Ahern client.

7  **REQUEST FOR PRODUCTION NO. 24:**

8      All DOCUMENTS that pertain to any COMMUNICATIONS by any former Ahern

9  employee with current Ahern client.

10  **REQUEST FOR PRODUCTION NO. 25:**

11      All DOCUMENTS that pertain to any COMMUNICATIONS by any of Your employees

12  with Allen while Allen was still an employee with Ahern.

13  Dated: February 10, 2020                    MORGAN, LEWIS & BOCKIUS LLP

14

15                                             By

16                                                Christopher J. Banks
                                                  Jason P. Brown
17                                                Attorneys for Plaintiff
                                                  AHERN RENTALS, INC.
18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 38084837.1

5

AHERN'S REQUEST FOR PRODUCTION
OF DOCUMENTS, SET ONE
CASE NO. 2:19-CV-01788-MCE-KJN

1  MORGAN, LEWIS & BOCKIUS LLP
   Christopher J. Banks, Bar No. 218779
2  christopher.banks@morganlewis.com
   Jason P. Brown, Bar No. 266472
3  Jason.brown@morganlewis.com
   One Market, Spear Street Tower
4  San Francisco, CA  94105-1596
   Tel:    +1.415.442.1000
5  Fax:    +1.415.442.1001

6  MORGAN, LEWIS & BOCKIUS LLP
   Aleksandr Markelov, Bar No. 319235
7  aleksandr.markelov@morganlewis.com
   1400 Page Mill Road
8  Palo Alto, CA  94304
   Tel:    +1.650.843.4000
9  Fax:    +1.650.843.4001

10 Attorneys for Plaintiff
   AHERN RENTALS, INC.
11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

14
   AHERN RENTALS, INC., a Nevada          Case No. 2:19-CV-01788-MCE-KJN
15 Corporation,
                                          **PLAINTIFF AHERN RENTALS,**
16              Plaintiff,                **INC.'S SPECIAL**
                                          **INTERROGATORIES, SET TWO, TO**
17         vs.                            **DEFENDANT**
                                          **EQUIPMENTSHARE.COM, INC.**
18 EQUIPMENTSHARE.COM, INC., a Delaware
   corporation, MATTHEW ALLEN, an
19 individual; DERRICK TORRES, an individual,
   and DOES 1-100,
20
                Defendant.
21

22 **PROPOUNDING PARTY:**   **Plaintiff AHERN RENTALS, INC.**

23 **RESPONDING PARTY:**    **Defendant EQUIPMENTSHARE.COM, INC.**

24 **SET NO.:**             **TWO**

25      Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Ahern Rentals, Inc. ("Ahern")

26 hereby requests that Defendant EquipmentShare.com, Inc. ("EquipmentShare") answers the

27 following Special Interrogatories under oath and serve written, verified responses within thirty

28 (30) days of service.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Managers AND Regional Managers, who work OR worked at the Sacramento, California branch of EQUIPMENTSHARE during the period of time between June 2018 and the present.

**SPECIAL INTERROGATORY NO. 13:**

IDENTIFY, INCLUDING by dates of employment, ALL former AHERN employees who work OR worked at the Sacramento, California branch of EQUIPMENTSHARE during the period of time between September 2016 and the present.

**SPECIAL INTERROGATORY NO. 14:**

IDENTIFY ALL rental equipment that is OR was located at the Sacramento, California branch of EQUIPMENTSHARE during the period of time between October 2019 and the present. For this Special Interrogatory only, the term "IDENTIFY" means to state: (i) the type of equipment; (ii) the manufacturer of the equipment; (iii) the serial number of the equipment; AND (iv) the current OR most recent purchase OR lease terms of the equipment, as applicable.

**SPECIAL INTERROGATORY NO. 15:**

State the total revenue EQUIPMENTSHARE received from former AHERN customers, both as a dollar amount AND as a percentage of total branch revenue, at the Sacramento, California branch of EQUIPMENTSHARE during the period of time between June 2018 and the present.

**SPECIAL INTERROGATORY NO. 16:**

IDENTIFY ALL DOCUMENTS RELATING TO ANY policy EQUIPMENTSHARE provided to its employees that restricts OR prohibits EQUIPMENTSHARE employees from using their former employers' Confidential Information, Proprietary Information, OR trade secrets while employed by EQUIPMENTSHARE.

**SPECIAL INTERROGATORY NO. 17:**

State the total revenue Matt Allen generated for EQUIPMENTSHARE since June 3, 2019.

**SPECIAL INTERROGATORY NO. 18:**

State the total revenue Glen Schatz generated for EQUIPMENTSHARE in 2019.

**SPECIAL INTERROGATORY NO. 19:**

State the total revenue Aaron Deherreta generated for EQUIPMENTSHARE in 2019.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 38762224.2

6

AHERN'S SPECIAL INTERROGATORIES,
SET TWO, TO DEFENDANT ES
CASE NO. 2:19-CV-01788-MCE-KJN

1  MORGAN, LEWIS & BOCKIUS LLP
   Christopher J. Banks, Bar No. 218779
2  christopher.banks@morganlewis.com
   Jason P. Brown, Bar No. 266472
3  Jason.brown@morganlewis.com
   One Market, Spear Street Tower
4  San Francisco, CA  94105-1596
   Tel:    +1.415.442.1000
5  Fax:    +1.415.442.1001

6  MORGAN, LEWIS & BOCKIUS LLP
   Aleksandr Markelov, Bar No. 319235
7  aleksandr.markelov@morganlewis.com
   1400 Page Mill Road
8  Palo Alto, CA  94304
   Tel:    +1.650.843.4000
9  Fax:    +1.650.843.4001

10 Attorneys for Plaintiff
   AHERN RENTALS, INC.

11
                    UNITED STATES DISTRICT COURT
12
                   EASTERN DISTRICT OF CALIFORNIA
13

14
   AHERN RENTALS, INC., a Nevada          Case No. 2:19-CV-01788-MCE-KJN
15 Corporation,
                                          **PLAINTIFF AHERN RENTALS,**
16                 Plaintiff,             **INC.'S REQUEST FOR PRODUCTION**
                                          **OF DOCUMENTS, SET TWO, TO**
17         vs.                            **DEFENDANT**
                                          **EQUIPMENTSHARE.COM, INC.**
18 EQUIPMENTSHARE.COM, INC., a Delaware
   corporation, MATTHEW ALLEN, an
19 individual; DERRICK TORRES, an individual,
   and DOES 1-100,
20
                   Defendant.
21

22 **PROPOUNDING PARTY:   Plaintiff AHERN RENTALS, INC.**

23 **RESPONDING PARTY:    Defendant EQUIPMENTSHARE.COM, INC.**

24 **SET NO.:            TWO**

25         Pursuant to Federal Rule of Civil Procedure 34, Plaintiff Ahern Rentals, Inc. ("Ahern")

26 hereby serves this request for production of documents on Defendant EquipmentShare.com, Inc.

27 ("EquipmentShare") and requests that EquipmentShare produce all responsive documents within

28 its possession, custody, or control within thirty (30) days of service.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 38762664.1

AHERN'S RFPD, SET TWO, TO
DEFENDANT EQUIPMENTSHARE
CASE NO. 2:19-CV-01788-MCE-KJN

1    OR trade secrets.

2    **REQUEST FOR PRODUCTION NO. 45:**

3         ALL DOCUMENTS RELATING TO ANY EQUIPMENTSHARE plan OR goal to open

4    new stores.

5    **REQUEST FOR PRODUCTION NO. 46:**

6         ALL DOCUMENTS RELATING TO ANY plan OR goal to offer EQUIPMENTSHARE

7    shares at an Initial Public Offering.

8    **REQUEST FOR PRODUCTION NO. 47:**

9         ALL DOCUMENTS RELATING TO ANY COMMUNICATIONS between

10   EQUIPMENTSHARE and customer Clark Pacific during 2019.

11   **REQUEST FOR PRODUCTION NO. 48:**

12        ALL DOCUMENTS RELATING TO ANY COMMUNICATIONS between

13   EQUIPMENTSHARE and customer Mark 3 during 2019.

14   **REQUEST FOR PRODUCTION NO. 49:**

15        ALL DOCUMENTS, INCLUDING catalogues AND price sheets, RELATING TO

16   EQUIPMENTSHARE'S prices for products OR services during the time period between June 1,

17   2018 and the present.

18   **REQUEST FOR PRODUCTION NO. 50:**

19        ALL DOCUMENTS RELATING TO ANY EQUIPMENTSHARE policies OR

20   procedures for offering discounted prices to customers.

21   **REQUEST FOR PRODUCTION NO. 51:**

22        ALL video OR audio recordings of any AHERN employee, INCLUDING but not limited

23   to Don Ahern.

24   **REQUEST FOR PRODUCTION NO. 52:**

25        ALL DOCUMENTS OR COMMUNICATIONS RELATING TO ANY video OR audio

26   recording by EQUIPMENTSHARE during mediation with AHERN.

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 38762664.1

7

AHERN'S RFPD, SET TWO, TO
DEFENDANT EQUIPMENTSHARE
CASE NO. 2:19-CV-01788-MCE-KJN

Exhibit B

1  MARK J. CONNOT (10010)
2  KEVIN M. SUTEHALL (9437)
   LUCY C. CROW (15203)
3  **FOX ROTHSCHILD LLP**
   1980 Festival Plaza Drive, #700
4  Las Vegas, Nevada 89135
   (702) 262-6899 tel
5  (702) 597-5503 fax
   mconnot@foxrothschild.com
6  ksutehall@foxrothschild.com
   lcrow@foxrothschild.com
7  *Attorneys for Plaintiff Ahern Rentals, Inc.*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10  AHERN RENTALS, INC., a Nevada          Case No.: 2:19-cv-02138-JAD-BNW
    corporation
11
                      Plaintiff,           **PLAINTIFF AHERN RENTALS, INC.'S**
12      v.                                 **FIRST SET OF REQUESTS FOR**
                                           **PRODUCTION OF DOCUMENTS TO**
13  EQUIPMENTSHARE.COM, INC., a            **EQUIPMENTSHARE.COM INC.**
    Delaware corporation; DOES I through X,
14  inclusive; and ROE BUSINESS ENTITIES I
    through X, inclusive,
15
                      Defendants.
16

17

18          Pursuant to Federal Rule of Civil Procedure 34, Plaintiff Ahern Rentals, Inc. ("Ahern"

19  or "Plaintiff"), by and through its counsel of record, the law firm of Fox Rothschild LLP,

20  requests that Defendant Equipmentshare.com Inc. ("Defendant" or "EquipmentShare"), produce

21  the following documents within thirty (30) days of the date of service of these requests.

22          Please specify which documents are produced in response to each of the numbered

23  paragraphs. These requests shall be deemed continuing so as to require further and supplemental

24  production by Defendant if Defendant obtains additional documents that are responsive to these

25  requests after Defendant's initial production and inspection.

26                              **DEFINITIONS**

27          1.      As used in these requests, "You," "Your," "EquipmentShare," or "Defendant,"

28  means Defendant Equipmentshare.com Inc. and all of its present and former directors, officers,

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**

Produce all communications between any current or former EquipmentShare employee, agent, officer, director, shareholder, representative, or independent contractor and any current or former Ahern employee or independent contractor.

**REQUEST NO. 2:**

Produce all communications between any current or former EquipmentShare employee, agent, officer, director, shareholder, representative, or independent contractor and any current or former customer of Ahern.

**REQUEST NO. 3:**

Produce all documents and communications mentioning, concerning, or referring to Ahern, Don Ahern, Ahern's current or former employees, and/or Ahern's current or former customers.

**REQUEST NO. 4:**

Produce all documents and communications concerning Your agreements with and/or promises to former or current Ahern employees whether those agreements or promises were formal or informal.

**REQUEST NO. 5:**

Produce all documents and communications in Your possession, custody, or control that concern the agreements that Ahern enters into with or provides to prospective, current, or former employees. The purpose of this Request is to capture the extent and content of information in EquipmentShare's possession, custody, or control, regardless of whether Ahern possesses the same or similar information.

**REQUEST NO. 6:**

Produce all documents and communications in Your possession, custody, or control that concern the compensation that Ahern provides to prospective, current, or former employees. The purpose of this Request is to capture the extent and content of information in

information in EquipmentShare's possession, custody, or control, regardless of whether Ahern possesses the same or similar information.

**REQUEST NO. 20:**

Produce all documents and communications in Your possession, custody, or control that concern the structure of Ahern's business, including its sales network and management structure, that was generated or maintained by Ahern or its former or current employees. The purpose of this Request is to capture the extent and content of information in EquipmentShare's possession, custody, or control, regardless of whether Ahern possesses the same or similar information.

**REQUEST NO. 21:**

Produce all documents and communications in Your possession, custody, or control that concern recruitment, solicitation, or hiring of any former or current Ahern employees, including but not limited to the employees identified in Interrogatory No. 13 in Ahern's First Set of Interrogatories to EquipmentShare.

**REQUEST NO. 22:**

Produce all communications recruiting or seeking to recruit, soliciting or seeking to solicit, or hiring or seeking to hire former or current Ahern employees.

**REQUEST NO. 23:**

Produce all documents and communications concerning solicitation of customers identified in response to Interrogatory No. 3 in Ahern's First Set of Interrogatories to EquipmentShare.

**REQUEST NO. 24:**

Produce all communications soliciting or seeking to solicit customers identified in response to Interrogatory No. 3.

**REQUEST NO. 25:**

Produce all documents and communications offering Your services or prices to customers identified in response to Interrogatory No. 3.

MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
LUCY C. CROW (15203)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
lcrow@foxrothschild.com
*Attorneys for Plaintiff Ahern Rentals, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada corporation<br><br>Plaintiff,<br><br>v.<br><br>EQUIPMENTSHARE.COM, INC., a Delaware corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02138-JAD-BNW<br><br><u>**PLAINTIFF AHERN RENTALS, INC.'S FIRST SET OF INTERROGATORIES TO EQUIPMENTSHARE.COM INC.**</u> |

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Ahern Rentals, Inc. ("Ahern" or "Plaintiff"), by and through its counsel of record, the law firm of Fox Rothschild LLP, requests that Defendant Equipmentshare.com Inc. ("Defendant" or "EquipmentShare"), answer under oath each of the following interrogatories within thirty (30) days of the date of service of these Interrogatories.

## <u>DEFINITIONS</u>

1.      As used in these interrogatories, "You," "Your," "EquipmentShare," or "Defendant," means Defendant Equipmentshare.com Inc. and all of its present and former directors, officers, partners, shareholders, members, managers, employees, agents, representatives, attorneys, successors, predecessors, assigns, divisions, departments, parents, subsidiaries, affiliates, entities, and others acting on its behalf.

**INTERROGATORY NO. 18:**

Identify all persons or entities, whether third parties or employees, who were hired or retained to conduct analyses, investigations, studies, or research concerning pricing, marketing, personnel, and competition in the equipment rental industry.

**INTERROGATORY NO. 19:**

Describe your policies and procedures governing employee use of information that was created while the employee was employed by another company or was created by or obtained from the employee's former employer.

**INTERROGATORY NO. 20:**

Identify the source of each document produced in Your response to Request No. 56 in Ahern's First Set of Requests for Production.

**INTERROGATORY NO. 21:**

Identify each item of construction equipment available to rent at each EquipmentShare location. For each piece of equipment, please identify: (1) the type of equipment (for example, "boom lift"); (2) the manufacturer; (3) the serial number; and (4) the EquipmentShare location where the equipment in located.

**INTERROGATORY NO. 22:**

For each individual identified in response to Interrogatory No. 1, describe your knowledge concerning whether each individual has ever used, intended to use, or discussed an application called "Copy my Data."

DATED this 24th day of April, 2020.

**FOX ROTHSCHILD LLP**

*/s/ Mark J. Connot*
MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
LUCY C. CROW (15203)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Ahern Rentals, Inc.*

Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Ahern Rentals, Inc., | Civil Action No. 2:19-cv-02823-DCN |
| Plaintiff, | |
| vs. | |
| William J. Meadows and EquipmentShare.com Inc., | **PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT EQUIPMENTSHARE.COM INC.** |
| Defendants. | |

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Plaintiff Ahern Rentals, Inc ("Ahern" or the "Company") hereby propounds its First Set of Interrogatories and Requests for Production of Documents to Defendant EquipmentShare.com Inc. ("EquipmentShare"), as set forth below, and requests that Defendant serve its responses in writing along with copies of the requested documents to counsel for Ahern within thirty (30) days of service hereof.

Pursuant to Rule 33 & 34 of the Federal Rules of Civil Procedure, Ahern hereby requests that Defendant produce the original of all documents designated herein and allow Ahern or its counsel to inspect and copy said documents.  Said production and inspection shall occur at the offices of Littler Mendelson, PC, 110 E. Court Street, Suite 201, Greenville, South Carolina 29601, within thirty (30) days after service hereof unless an agreement to the contrary is reached, in writing, between the parties.

8.      Please produce copies of all pleadings, correspondence and other non-privileged documents related to any litigation involving the employees identified in response to Interrogatory Nos. 6 and 7, as well as for those matters identified in response to Interrogatory No. 2.

9.      Please produce all correspondence, including emails, text messages, proposals, orders, invoices, and other correspondence, between Defendant and any customer identified in response to Interrogatory Nos. 8 and 9 above from January 1, 2019, to the present.

10.     Please produce all correspondence, including emails, text messages, proposals, orders, invoices, and other correspondence, between Defendant and any vendor or supplier identified in response to Interrogatory No. 10 above from January 1, 2019, to the present.

11.     To the extent not provided in response to the foregoing Requests, please produce all correspondence, including emails, text messages, proposals, orders, invoices, and other correspondence, between Defendant and any current or former customer of Ahern from January 1, 2019, to the present, originating from or involving Defendant's locations in South Carolina or Georgia.

12.     Please produce all documents evidencing Defendant's sales, billings and/or revenue by customer for each month commencing with January 1, 2019, for all locations within South Carolina and Georgia.

13.     Please produce all correspondence of any kind between Defendant and any current or former employee of Ahern, other than Meadows, regarding his or his employment with Ahern, potential employment with EquipmentShare, any customer or former customer of Ahern, or any vendor or supplier of Ahern.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Ahern Rentals, Inc., | Civil Action No. 2:19-cv-02823-DCN |
| Plaintiff, | |
| vs. | |
| William J. Meadows and EquipmentShare.com Inc., | **PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND FIRST REQUESTS FOR ADMISSION TO DEFENDANT EQUIPMENTSHARE.COM INC.** |
| Defendants. | |

Pursuant to Rules 33, 34 and 36 of the Federal Rules of Civil Procedure, Plaintiff Ahern Rentals, Inc. ("Ahern" or the "Company") hereby propounds its Second Set of Interrogatories and Requests for Production of Documents and First Requests for Admission to Defendant EquipmentShare.com Inc. ("EquipmentShare"), as set forth below, and requests that Defendant serve its responses in writing along with copies of the requested documents to counsel for Ahern within thirty (30) days of service hereof.

These Interrogatories, Requests for Production and Requests for Admission shall be of a continuing nature and Defendant's responses thereto shall be supplemented from time to time as required by the Federal Rules of Civil Procedure.

## **INTRODUCTION**

A.       As used herein, the terms "Defendant," "you," or "your" refer without limitation to Defendant EquipmentShare.com Inc., together with any allied, affiliated or parent companies, as well as all agents, employees, and representatives acting on behalf of same.

4.      Please describe with particularity the compensation arrangements for those employees identified in your Answers to Interrogatories 2 and 3 above.

5.      Please identify all rental equipment located at EquipmentShare's Charleston, South Carolina location, including type, manufacturer and serial number, from January 1, 2019, to the present.

6.      Please state the terms of purchase or lease of all rental equipment identified in your Answer to Interrogatory No. 5 above, during the same time period.

7.      Please identify all rental equipment located at EquipmentShare's Savannah, Georgia location, including type, manufacturer and serial numbers, from January 1, 2019, to the present.

8.      Please state the terms of purchase or lease of all rental equipment identified in your Answer to Interrogatory No. 7 above, during the same time period.

9.      Please state the names, positions, hire dates and terms of employment of all former Ahern employees that currently are or were employed by EquipmentShare in South Carolina from January 1, 2019, to the present.

10.      Please state the names, positions hire dates and terms of employment of all former Ahern Employees that currently are or were employed by EquipmentShare in Georgia from January 1, 2019, to the present.

11.      Please describe with particularity all efforts by EquipmentShare to ensure that Meadows and any other former Ahern employee do not use or disclose any confidential or proprietary information belonging to Ahern during their employment with EquipmentShare.

Exhibit D

Gregory S. Roberts (9092)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
groberts@rqn.com

*Attorney for Plaintiff*

---

### IN THE THIRD JUDICIAL DISTRICT COURT
### SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada Corporation <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE MCCORMAC, an individual, and EQUIPMENTSHARE.COM, INC., a Delaware Corporation <br><br> Defendants. | **PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION, INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT EQUIPMENTSHARE.COM, INC.** <br><br> Judge:  Kara Pettit <br><br> Civil No.  190908058 |

Pursuant to Rules 26, 33, 34, and 36 of the Utah Rules of Civil Procedure, Plaintiff Ahern Rentals, Inc. ("Ahern") propounds the following Requests for Admission, Interrogatories, and Requests for Production of Documents to Defendant EquipmentShare.com, Inc. ("EquipmentShare").

### **DEFINITIONS**

The following definitions apply to these Requests:

**"Defendant," "EquipmentShare," "you,"** or **"your"** shall mean Defendant EquipmentShare and any person acting under its direction or control.

EquipmentShare representatives that communicated with McCormac prior to her employment with EquipmentShare; (iii) the total compensation package (including salary, bonuses, insurance, and any other benefits) offered to McCormac; and (iv) any and all agreements executed between EquipmentShare and McCormac..

### INTERROGATORY NO. 3

Identify any and all former Ahern employees that have been recruited by EquipmentShare; which of these employees currently work for EquipmentShare; and the total compensation package (including salary, bonuses, insurance, and any other benefits) offered to such individuals.

### INTERROGATORY NO. 4

Identify any and all former Ahern customers that are now customers of EquipmentShare.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

### REQUEST NO. 1

Produce all documents and communications that you reviewed, consulted, or considered in responding to the foregoing Requests for Admission or Interrogatories.

### REQUEST NO. 2

Produce all documents and communications, including emails and text messages, relating to EquipmentShare's recruitment of and/or hiring any former Ahern employees (including McCormac) to work for EquipmentShare.

### REQUEST NO. 3

Produce a copy of McCormac's entire personnel file (including, but not limited to, any employment agreement or policies that she has signed and employee handbook).