# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: AHERN RENTALS, INC., TRADE SECRET LITIGATION** | MDL No. 2945 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of November, 2020, Plaintiff Ahern Rentals, Inc., served its Amended Consent Motion for Enlargement of Time to Briefing Schedule Deadlines on Motion to Vacate CTO-4, by emailing the same to:

Mark D. Taylor, Esq.
Baker & McKenzie LLP
1900 N. Pear Street,
Suite 1500
Dallas, Texas 75201
E: mark.taylor@bakermckenzie.com

Michael E. Brewer, Esq.
Billie D. Wenter, Esq.
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, California 94111
E: michael.brewer@bakermckenzie.com
E: billie.wenter@bakermckenzie.com
**Lead Counsel for Defendant EquipmentShare.com Inc. in the MDL Proceeding**

RosaleeMcNamara, Esq.
Emily Cantwell, Esq.
Jackson R. Hobbs, Esq.
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
E:  rosalee.mcnamara@lathropgpm.com
E:  emily.cantwell@lathropgpm.com
E:  jackson.hobbs@lathropgpm.com
**Local Counsel for Defendant EquipmentShare.com Inc. in Case No. MOE/4:20-cv-1565-SRC**

Brandon Gaskins, Esq.
Moore & Van Allen, PLLC
78 Wentworth Street
Charleston, South Carolina 29401
E: gaskinsb@mvalaw.com

Michael L. Matula, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
E: mike.matula@ogletreedeakins.com
**Liaison Counsels in the MDL Proceeding**

Dwight McMinn, Registered Agent
EZ Equipment Zone, LLC
Route 5 1975
Patton, MO 63662
**Registered Agent for Service for Defendant EZ Equipment Zone, LLC**

Mark J. Connot, Esq.
Kevin M.Sutehall, Esq.
Lucy C. Crow, Esq.
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
E: mconnot@foxrothschild.com
E: ksutehall@foxrothschild.com
E: lcrow@foxrothschild.com
**Lead Counsel for Ahern Rentals, Inc.**

                            Respectfully submitted,

                            /s/ *Lindsey Rendlen Latzke*
                            Joseph M. Wientge, #57494MO
                            jwientge@littler.com
                            Lindsey Rendlen Latzke, #64110MO
                            llatzke@littler.com
                            LITTLER MENDELSON, P.C.
                            600 Washington Avenue
                            Suite 900
                            St. Louis, MO 63101
                            314.659.2000
                            Counsel for Ahern Rentals, Inc.

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 24th day of November, 2020, upon the following: Mark D. Taylor, Baker & McKenzie LLP, 1900 N. Pear Street, Suite 1500, Dallas, Texas 75201; Michael E. Brewer, Baker & McKenzie, LLP, Two Embarcadero Center, 11th Floor, San Francisco, CA 94111; Billie D. Wenter, Baker & McKenzie, LLP, Two Embarcadero Center, 11th Floor, San Francisco, CA 94111; Emily Cantwell, LATHROP GPM LLP, 2345 Grand Boulevard, Suite 2200 Kansas City, MO 64108; Rosalee McNamara, LATHROP GPM LLP, 2345 Grand Boulevard, Suite 2200 Kansas City, MO 64108; Jackson R. Hobbs, LATHROP GPM LLP, 2345 Grand Boulevard, Suite 2200 Kansas City, MO 64108; Brandon Gaskins, Esq., Moore & Van Allen, PLLC, 78 Wentworth Street, Charleston, South Carolina 29401; Michael L. Matula, Esq., Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 4520 Main Street, Suite 400, Kansas City, MO 64111; and Mark J. Connot, Esq., Kevin M. Sutehall, Esq., Lucy C. Crow, Esq., Fox Rothschild LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135.

Additionally, a copy of the foregoing was mailed via regular U.S. Mail to Dwight McMinn, Registered Agent, EZ Equipment Zone, LLC, Route 5 1975, Patton, MO 63662.

/s/ Lindsey Rendlen Latzke
Lindsey Rendlen Latzke

4837-7004-6163.1 099283.1048