FOR THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AHERN RENTALS, INC., TRADE SECRET LITIGATION | MDL No. 2945 |

This Filing Relates to:
*Ahern Rentals, Inc. v. Equipmentshare.com, Inc.*, E.D. Tex. 2:20-CV-00333

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Corporate Disclosure Statement was served on all parties in the following case electronically via ECF, or as indicated below on December 1, 2020.

**Ahern Rentals, Inc. v. Equipmentshare.com, Inc., EDTX-Marshall, C.A. No. 2:20-cv-333**

Served via email – counsel for Defendant EquipmentShare.Com

Christian Chessman
DLA Piper LLP (US)
2200 University Avenue
East Palo Alto, CA 94303-2214
**christian.chessman@us.dlapiper.com**

| | |
|---|---|
| Dated: December 1, 2020 | Respectfully submitted, |
| | */s/ Theodore Stevenson, III* |
| | Theodore Stevenson, III |
| | Texas State Bar No. 19196650 |
| | tstevenson@mckoolsmith.com |
| | Erik B. Fountain |
| | Texas State Bar No. 24097701 |
| | efountain@mckoolsmith.com |
| | **MCKOOL SMITH, P.C.** |
| | 300 Crescent Court Suite 1500 |
| | Dallas, TX 75201 |
| | Telephone: (214) 978-4000 |
| | Telecopier: (214) 978-4044 |

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099
**ATTORNEYS FOR PLAINTIFF
AHERN RENTALS, INC.**