# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AHERN RENTALS, INC., )<br>TRADE SECRET LITIGATION    )<br>                                                      ) | MDL No. 2945 |

*This document relates to Opposed Action:*

*Ahern Rentals, Inc. v. EquipmentShare.com, Inc., et al.* **MOE/4:20-cv-01565.**

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER-4

Pursuant to Rule 7.1(f) of the Rule of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff AHERN RENTALS, INC. ("Ahern" or "Plaintiff"), by and through its attorneys Joseph M. Wientge and Lindsey Rendlen Latzke, of Littler Mendelson, P.C., moves this Panel for an order vacating the Conditional Transfer Order (CTO-4) as it relates to the above-entitled Opposed Action.  Transfer to the Western District of Missouri, *In Re: Ahern Rentals, Inc.* action (MDL 2945) is not in the interests of justice, nor does it promote the efficient resolution of the action.  Transfer of the case would also serve to delay adjudication of the claims and severely prejudice Plaintiff, who is suffering ongoing, irreparable harms from the conduct of Defendants EquipmentShare.com, Inc. and EZ Equipment Zone, LLC ("Defendants").  As such, CTO-4 should be vacated.

This Motion is supported by the supporting brief filed simultaneously herewith.

Dated December 14, 2020                    Respectfully Submitted,

/s/ *Joseph M. Wientge, Jr.*
Joseph M. Wientge, Jr. #57494 MO
jwientge@littler.com
Lindsey Rendlen Latzke #64110 MO
llatzke@littler.com
LITTLER MENDELSON, P.C.
600 Washington Avenue, Suite 900
St. Louis, MO 63101
Telephone: 314.659.2000
Facsimile: 314.659.2099

*Counsel for Ahern Rentals, Inc.*

4849-1870-1779.2 099283.1048