BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE:  AHERN RENTALS INC., TRADE SECRET LITIGATION

MDL No. 2945

This Filing Relates to:
*Ahern Rentals, Inc. v. Equipmentshare.com, Inc.,* E.D. Tex. 2:20-CV-00333

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing *RESPONSE IN OPPOSITION TO PLAINTIFF AHERN RENTALS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-3)* were served on all parties in the following cases electronically via electronic mail, or as indicated below, on December 21, 2020.

Mark D. Taylor, Esq.
Baker & McKenzie LLP
1900 N. Pear Street,
Suite 1500
Dallas, Texas 75201
E: mark.taylor@bakermckenzie.com

Michael E. Brewer, Esq.
Billie D. Wenter, Esq.
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, California 94111
E: michael.brewer@bakermckenzie.com
E: billie.wenter@bakermckenzie.com

*Lead Counsel for Defendant EquipmentShare.com Inc. in the MDL Proceeding*

RosaleeMcNamara, Esq.
Emily Cantwell, Esq.
Jackson R. Hobbs, Esq.
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
E: rosalee.mcnamara@lathropgpm.com
E: emily.cantwell@lathropgpm.com
E: jackson.hobbs@lathropgpm.com

*Local Counsel for Defendant EquipmentShare.com Inc. in Case No. MOE/4:20-cv1565-SRC*

1

Brandon Gaskins, Esq.
Moore & Van Allen, PLLC
78 Wentworth Street
Charleston, South Carolina 29401
E: gaskinsb@mvalaw.com

Michael L. Matula, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
E: mike.matula@ogletreedeakins.com

*Liaison Counsels in the MDL Proceeding*

Philip C. Graham, Esq.
Zachary S. Merkle, Esq.
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue, 15th Floor
St. Louis, MO 63101
E: pgraham@sandbergphoenix.com
E: zmerkle@sandbergphoenix.com

*Counsel for Defendant EZ Equipment Zone LLC in Case No. MOE/4:20-cv-1565-SRC*

Mark J. Connot, Esq.
Kevin M.Sutehall, Esq.
Lucy C. Crow, Esq.
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
E: mconnot@foxrothschild.com
E: ksutehall@foxrothschild.com
E: lcrow@foxrothschild.com

*Lead Counsel for Ahern Rentals, Inc.*

Joseph M. Wientge, Jr., #57494MO
Lindsey Rendlen Latzke, #64110MO
Littler Mendelson, P.C.
600 Washington Avenue, Suite 900
St. Louis, MO 63101
E: jwientge@littler.com
E: llatzke@littler.com

*Counsel for Ahern Rentals, Inc.*

Dated: December 21, 2020  By: */s/ Sean C. Cunningham*
Sean C. Cunningham
Email: sean.cunningham@us.dlapiper.com
California Bar No. 174931
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2900
Fax: 619.764.6600

ATTORNEY FOR DEFENDANT
EQUIPMENTSHARE.COM INC