BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: AHERN RENTALS, INC., TRADE SECRET LITIGATION

MDL No. 2945

This Filing Relates to:
*Ahern Rentals, Inc. v. Equipmentshare.com, Inc.*, E.D. Tex. 2:20-CV-00333

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Reply in Support of Motion to Vacate CTO-3 were served on all parties in the following cases electronically via ECF, or as indicated below on December 28, 2020.

**In Re: Ahern Rentals, Inc. Trade Secret Litigation – MDL No. 2945; relates to Ahern Rentals, Inc. v. Equipmentshare.com, Inc., E.D. Tex. 2:20-cv-00333**

Served via email – counsel for Defendant EquipmentShare.Com
Michael E. Brewer
Baker & McKenzie, LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
**michael.brewer@bakermckenzie.com**

Mark D. Taylor
Baker & McKenzie LLP
1900 N. Pearl St., St. 1500
Dallas, TX 75201
**mark.taylor@bakermckenzie.com**

4836-0472-8789

| | |
|---|---|
| Dated: December 28, 2020 | Respectfully submitted,<br>*/s/ Theodore Stevenson, III*<br>Theodore Stevenson, III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>Erik B. Fountain<br>Texas State Bar No. 24097701<br>efountain@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>104 E. Houston Street, Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9099<br>**ATTORNEYS FOR PLAINTIFF**<br>**AHERN RENTALS, INC.** |